ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
PERRY & WESTBROOK, P.C.
1701 West Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEAH MARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.: 2:18-cv-00741-KJD-GWF |
| TARGET CORPORATION a Minnesota | ) |
| Corporation; DOES 1 through 100; and ROE | ) |
| ENTITIES A through Z, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION AND ORDER TO EXTEND TIME TO AMEND PLEADINGS TO ADD PARTIES

COMES NOW, Plaintiff, LEAH MARKS, by and through her attorney of record,

JOSHUA Y. ANG, ESQ., of the PAUL PADDA LAW, PLLC., and Target Corporation, by and

through its attorney of record, ALAN W. WESTBROOK, ESQ. of PERRY & WESTBROOK

and hereby stipulate and agree as follows:

WHEREAS Plaintiff filed a Complaint alleging negligence against Defendant, Target

Corporation for failing to maintain its premises and allowing a defect or dangerous condition to

exist on its premises;

WHEREAS the Complaint did not specify an exact location of the alleged incident;

WHEREAS in Answers to Interrogatories Plaintiff more specifically described the incident as occurring in the parking lot, and more specifically that her foot was caught "in the space between the curb and the wheel stop;"

WHEREAS, in response to the Plaintiff's Answer to Interrogatories setting forth the location of the incident, Target Corporation has provided documentation in the form of a Construction Operation and Reciprocal Easement Agreement which sets forth that the maintenance responsibility for the common areas, including the parking lot, remains the duty of the "Developer";

IT IS HEREBY STIPULATED that the date to add parties, currently scheduled for July 24, 2018, be extended sixty (60) days, to September 22, 2018, to allow time for the parties to

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

Amend the Complaint, and/or Answer, to assert claims against the Developer, if necessary.

DATED this _____ day of July, 2018.

PERRY & WESTBROOK
A Professional Corporation

/s/ Alan W. Westbrook
_____
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 W. Charleston, Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-2880
E-mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
TARGET CORPORATION


PAUL PADDA LAW, PLLC.

/s/ Joshua Y. Ang

_____
PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
JOSHUA Y. ANG, ESQ.
Nevada Bar No. 14026
4560 S. Decatur Blvd, Suite 300
Las Vegas, NV 89103
Attorneys for Plaintiff
LEAH MARKS

IT IS SO ORDERED this __25th__ day of July, 2018.

_George Foley Jr._
_____
UNITED STATES MAGISTRATE JUDGE