PAUL S. PADDA, ESQ. *(NV Bar #10417)*
Email: *psp@paulpaddalaw.com*
JOSHUA Y. ANG, ESQ. *(NV Bar #14026)*
Email: *ja@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEAH MARKS, individually;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; DOES 5 through 100; and ROE ENTITIES A through Z, inclusive;<br><br>Defendants. | Case No.: 2:18-cv-00741-KJD-GWF |

**STIPULATION AND ORDER TO**
**REMAND MATTER TO STATE COURT**

Plaintiff, Leah Marks ("Plaintiff"), by and through her attorneys of record, from the firm of PAUL PADDA LAW, PLLC, and Defendant Target Corporation ("Target"), by and through its attorney of record, ALAN W. WESTBROOK, ESQ. of PERRY & WESTBROOK, hereby stipulate and agree as follows:

…

…

…

…

1

Based upon newly discovered facts and evidence, the parties hereby agree to remand this matter to Nevada state court. Accordingly, the parties respectfully request that the Court approve this stipulation and remand this case to the Clark County District Court.

**IT IS SO STIPULATED:**

Respectfully submitted by:

| PAUL PADDA LAW, PLLC | PERRY & WESTBROOK, PC |
|---|---|
| /s/JoshuaYAng | /s/AlanWWestbrook |
| PAUL S. PADDA, ESQ.<br>JOSHUA Y. ANG, ESQ.<br>4560 South Decatur Boulevard, Suite 600<br>Las Vegas, Nevada 89103 | ALAN W. WESTBROOK, ESQ.<br>1701 West Charleston Blvd., Suite 200<br>Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff* | *Attorney for Defendant Target Corporation* |
| Dated: October 22, 2018 | Dated: October 22, 2018 |

## **ORDER**

Based on the parties' foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED that this matter be remanded to the Eighth Judicial District Court of Nevada.

_____
THE HONORABLE KENT J. DAWSON;
UNITED STATES DISTRICT COURT JUDGE

Dated: 10/23/2018